COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

§

IN RE: C.M.,                                     No. 08-11-00097-CV

§

Relator.                          AN ORIGINAL PROCEEDING

§

FOR WRIT OF HABEAS CORPUS

§

§

**<u>MEMORANDUM OPINION</u>**

Pending before the Court is Relator's motion to dismiss this original proceeding. The motion

is granted, and the proceeding is dismissed.


May 11, 2011

ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, and Rivera, JJ.